AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>RYNE T. SANDEL | 2. PHONE NUMBER<br>(214) 368-2560 | 3. DATE<br>1/26/2023 |
| 4. DELIVERY ADDRESS OR EMAIL<br>RSANDEL@WHALENLAWOFFICE.COM | 5. CITY<br>FRISCO | 6. STATE TX / 7. ZIP CODE 75035 |
| 8. CASE NUMBER 4:20-CR-00384 / 9. JUDGE JORDAN | DATES OF PROCEEDINGS<br>10. FROM 1/23/2023 | 11. TO 1/25/2023 |
| 12. CASE NAME<br>USA v. BARBER | LOCATION OF PROCEEDINGS<br>13. CITY PLANO | 14. STATE TEXAS |

**15. ORDER FOR**

- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [x] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | 01/23/2023 | ALL WITNESSES | 01/23/23 - 01/24/23 |
| [x] OPENING STATEMENT (Defendant) | 01/23/2023 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 01/25/2023 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | 01/25/2023 | | |
| [ ] OPINION OF COURT | | | |
| [x] JURY INSTRUCTIONS | 01/25/2023 | [x] OTHER (Specify) | |
| [ ] SENTENCING | | VERDICT | 01/25/2023 |
| [ ] BAIL HEARING | | ORAL RULE 29 | 01/24/2023 |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| | |
|---|---|
| 18. SIGNATURE<br>/S/ RYNE T. SANDEL | PROCESSED BY |
| 19. DATE<br>1/26/2023 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY